583 A.2d 342
STATE OF NEW JERSEY v. JONATHAN GRAY ILG.

March 20, 1990.

Petition for certification denied.

583 A.2d 342
STATE OF NEW JERSEY v. DANIEL FORD.

March 20, 1990.

Petition for certification denied.

583 A.2d 343
STATE OF NEW JERSEY v. CHARLES BROTHERTON.

March 20, 1990.

Petition for certification denied.

583 A.2d 343
STATE OF NEW JERSEY v. KAREN ALLEN.

March 20, 1990.

Petition for certification denied.

583 A.2d 343
STATE OF NEW JERSEY v. ROBERT POLK, SR.

March 20, 1990.

Petition for certification denied.